AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

United States of America
v.

Stephen G. Genakos

*Defendant*

Case No. 4:23cr37
FID: 11541900
IRS

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Stephen G. Genakos,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

T.26:7206(2) - Aiding and Assisting in the Preparation of Materially False Tax Returns

Date: 04/12/2023

*Issuing officer's signature*

City and state:   Newport News, Virginia     Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/12/23, and the person was arrested on *(date)* 4/14/23
at *(city and state)* Norfolk, VA.

Date: 4/14/23

*Arresting officer's signature*

Special Agent John Dinh
*Printed name and title*

FILED IN OPEN COURT
APR 1 4 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA